**Opinion issued January 28, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00789-CV

———————————

**AMERICAN BUREAU OF SHIPPING, ABS GROUP OF COMPANIES, INC., ABS CONSULTING, LTD., AND ABSG CONSULTING, INC.,** Appellants

**V.**

**TYPHOON OFFSHORE, S.A.P.I. DE C.V. AND HARREN & PARTNER SHIP MANAGEMENT MEXICO S.A.P.I. DE C.V.,** Appellees

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-29340**

---

### MEMORANDUM OPINION

On November 17, 2020, appellants, American Bureau of Shipping, ABS Group of Companies, Inc., ABS Consulting, Ltd., and ABSG Consulting, Inc., filed a notice of appeal of the trial court's October 28, 2020 order sustaining the special

appearance of appellee, Typhoon Offshore, S.A.P.I. de C.V. On December 31, 2020, appellants filed another notice of appeal of the trial court's December 11, 2020 order sustaining the special appearance of appellee, Harren & Partner Ship Management Mexico S.A.P.I. de C.V.

Appellants have filed a motion to voluntarily dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). While appellant's motion contains a certificate of conference representing that counsel for appellants "sent out an email . . . to all counsel of record" regarding the contents of the motion, the certificate does not state whether either appellee was opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a). However, more than ten days have passed and no party has expressed opposition to appellants' motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Guerra.

2